# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 14-141V
### Filed: June 16, 2014

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| PAIGE S. GOODINGS, | * | |
| | * | |
| | * | |
| Petitioner, | * | Notice of Dismissal; |
| | * | Vaccine Rule 21(a); No Judgment; |
| | * | Order Concluding Proceedings |
| v. | * | |
| | * | |
| SECRETARY OF HEALTH AND | * | |
| HUMAN SERVICES | * | |
| | * | |
| Respondent. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS[1]

On June 16, 2014, Petitioner filed a Notice of Voluntary Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21 (a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

**s/ Lisa D. Hamilton-Fieldman**
Lisa D. Hamilton-Fieldman
Special Master

---

[1]Because this unpublished Order contains a reasoned explanation for the action in this case, I intend to post this Order on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.